UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

**NEWARK**                                              **DATE:** MAY 1, 2019

**JUDGE:** Hon. WILLIAM H. WALLS
**COURT REPORTER**: Yvonne Davion
**DEPUTY COURT CLERK**: Elisaveta Kalluci

**TITLE OF CASE**:

USA v. JOHN BARDEN                                      **CR.# 18-504(WHW)**

**APPEARANCES:**

Meriah Russell, AUSA
Robert Degroot, ESQ.
Adriana O'Hara, USPO

**NATURE OF PROCEEDINGS**:        SENTENCING

Defendant placed on Probation for a term of (48) months.

**SPECIAL CONDITIONS:**

LOCATION MONITORING PROGRAM
NEW DEBT RESTRICTIONS
FINANCIAL DISCLOSURE
Restitution in the total amount of $96,000.00. (Interest not waived.)
Fine waived.
Special Assessment of $100.00 due immediately.
Defendant advised of his right to appeal.

                                        Elisaveta Kalluci
                                        Courtroom Deputy

Time Commenced:   11:55AM
Time Adjourned:   12:45PM